UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E. B. P.V.,

Petitioner,

v.

JULIO HERNANDEZ, et al.,

Respondents.

Case No. C26-3711-SKV

ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM

This matter comes before the Court on Petitioner's Motion for Protective Order for Leave to Proceed Under Pseudonym. Dkt. 9. Respondents did not submit any opposition or other response to the motion and have, in their filings, redacted Petitioner's personally identifying information from every exhibit they filed. *See* Dkt. 7, ¶ 2 n.1. The Court, as such, construes the motion as unopposed. *See id.*; *see also* Dkt. 9 at 1 (indicating counsel for Respondents "indicated 'no position' on this filing."). The Court further finds that Petitioner has shown good cause to proceed in this action under a pseudonym. Accordingly, the Court GRANTS the motion, Dkt. 9, and ORDERS:

(1) Petitioner shall proceed in this action using only the initials "E.B.P.V.," and her identity shall remain confidential as to the public, subject to the terms of this Order. Petitioner's children shall be identified in all public filings only by their initials.

(2) Respondents shall use only Petitioner's initials, "E.B.P.V.," in all public filings in this action, including in all exhibits in which her name appears, and shall redact the names of Petitioner's children from any such exhibits.

(3) Nothing in this Order shall be construed as limiting or precluding Respondents from using Petitioner's full name and identity, or information derived therefrom, in the ordinary course of Respondents' lawful business, as otherwise allowed by law, or from sharing Petitioner's full name and identity with other government entities as done in the ordinary course of Respondents' business as allowed by law.

Dated this 29th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge